# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANDREW M. VOYLES  
107 WINDOVER PARK DRIVE    SSN-xxx-xx-5284  
ROCHELLE, IL  61068  

Case Number: 07-71352

Case filed on:    6/1/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,150.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 343.38 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 343.38 | 0.00 |
| 009 | CODILIS & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | TAMMY VOYLES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ANDREW M. VOYLES | 0.00 | 0.00 | 2,500.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,500.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 18,625.49 | 13,700.00 | 0.00 | 0.00 |
| 003 | HARLEY-DAVIDSON CREDIT | 14,170.43 | 12,000.00 | 0.00 | 0.00 |
| 004 | HARLEY-DAVIDSON CREDIT | 13,392.28 | 13,392.28 | 0.00 | 0.00 |
| 005 | NIU CREDIT UNION | 22,138.68 | 11,100.00 | 706.14 | 493.86 |
|  | Total Secured | 68,326.88 | 50,192.28 | 706.14 | 493.86 |
| 001 | AMERICAN HONDA FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HARLEY-DAVIDSON CREDIT | 0.00 | 2,170.43 | 0.00 | 0.00 |
| 004 | HARLEY-DAVIDSON CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NIU CREDIT UNION | 0.00 | 11,038.68 | 0.00 | 0.00 |
| 006 | UNITED CONSUMER FINL SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DULLIGAN OF DEKALB | 1,298.43 | 1,298.43 | 0.00 | 0.00 |
| 011 | PREMIER BANKCARD/CHARTER | 344.64 | 344.64 | 0.00 | 0.00 |
| 012 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCHELLE MUNICIPLE UTILITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RRCA ACCOUNTS MANAGEMENT INC | 75.00 | 75.00 | 0.00 | 0.00 |
| 015 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | TAMMY VOYLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | UNITED CONSUMER FINANCIAL SERVICES | 1,170.23 | 1,170.23 | 0.00 | 0.00 |
|  | Total Unsecured | 2,888.30 | 16,097.41 | 0.00 | 0.00 |
|  | Grand Total: | 73,415.18 | 68,489.69 | 3,549.52 | 493.86 |

Total Paid Claimant:     $4,043.38  
Trustee Allowance:       $106.62  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  01/29/2008        By   /s/Heather M. Fagan